IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EFRAIN ALARCON (1),<br><br>　　　　　　Defendant. | Case No.: 3:23-CR-1285-W<br><br>ORDER RE: MOTION TO CONTINUE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

　　The court has reviewed the parties' Joint Motion to Continue and for an Order Excluding Time Under the Speedy Trial Act ("Motion"), which explains that appointed counsel for Defendant EFRAIN ALARCON is diligently preparing the defense and pretrial motions and the Defense will require additional time to prepare if the case is to go to trial.

　　The Court finds the parties have exercised due diligence, and that the failure to grant the Motion would deny counsel the reasonable time necessary for effective preparation and result in a miscarriage of justice. Accordingly, for good cause appearing

and in conformance with the parties' agreement, the Court hereby vacates the Status Hearing set for October 30, 2023 and schedules a Motion Hearing for December 18, 2023 at 9:00 AM.  Time is excluded through December 18, 2023.

IT IS SO ORDERED:

Dated: 10/25/23

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE