IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>EFRAIN ALARCON (1),<br><br>               Defendant. | Case No.: 3:23-CR-1285-W<br><br>ORDER RE: JOINT MOTION TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

      The Court has reviewed the parties' Joint Motion to Continue the Status Hearing and to Exclude Time Under the Speedy Trial Act ("Motion").

      The Court finds the parties have exercised due diligence, and that the failure to grant the Motion would deny counsel the reasonable time necessary for effective preparation and result in a miscarriage of justice. For good cause appearing and in conformance with the parties' agreement, the Court hereby continues the Status Hearing

date from March 11, 2024 at 9:00 AM, to April 8, 2024 at 9:00 AM.   Time is excluded through April 8, 2024.

IT IS SO ORDERED:

Dated: 3/7/24

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE